[No. 28081-3-I.  Division One.  April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T.
FERENTI, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-00778-7, Richard J. Thorpe, J.,

entered March 13, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.